**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| Michael Welz | : | Chapter 13 |
| | : | Bankruptcy No.  17-10519 |
| Debtor | : | |

# CHAPTER 13 PLAN

1. Debtors shall pay to the Trustee the sum of $200.00 per month for sixty (60) months for total plan funding of $12,000.00.

2. From these payments so received, the Trustee shall make disbursements as follows:

    A.  The priority payments required by 11 U.S.C. 507(a):

    David S. Gellert, PC - attorney fees as approved by the Court.

    B.  After the above payments, dividends to secured creditors whose claims are duly proved and allowed as follows:

    Liberty Village Condominium Association - association dues        $2,242.81

    The Debtor will continue to make the regular monthly mortgage payments to Chase Home Mortgage  outside the Plan and will attempt to obtain a mortgage modification to cure delinquency on the mortgage.

    C.  Subsequent to (or pro-rata with) dividends to secured creditors, dividends to unsecured creditors whose claims are duly proven and allowed as follows:

    The balance, if any, will be paid to unsecured creditors on a pro-rata basis.


Dated:  February 22, 2017                    s/Michael Welz
                                              Michael Welz


Dated:  February 22, 2017                    s/ David S. Gellert
                                              David S. Gellert, Esquire
                                              David S. Gellert, P.C.
                                              1244 Hamilton Street, Suite 204
                                              Allentown, PA 18102
                                              610-776-7070   Fax: 610-776-7070