# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
    Michael Welz,               :        Chapter 13
                                :        Bky. No. 17-10519 REF
    Debtor                      :

## **CERTIFICATION OF NO PAYMENT ADVICES**

    I, Michael Welz, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. §521(a)(1)(B)(iv), **from any source of employment.** I further certify that I received no payment advices during that period because:

  **X**  I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

  ____  I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

  ____  My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.   (I receive commission checks - not on a regular basis)

  ____  I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

  ____  I did not receive payment advices due to factors other than those listed above. (Please explain)

    I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Date:  April 11, 2017                                   s/ Michael Welz
                                                                                                    Michael Welz