## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Welz <br>                     Debtor <br><br> JPMorgan Chase Bank, National Association, its successors and/or assigns <br>                     Movant <br>     vs. <br><br> Michael Welz <br>                     Debtor <br><br> Frederick L. Reigle Esq. <br>                     Trustee | CHAPTER 13 <br><br><br><br> NO. 17-10519 REF <br><br><br><br> 11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Certificate of Default of JPMorgan Chase Bank, National Association, which was filed with the Court on or about **October 19, 2017**.

                                                  Respectfully submitted,

                                                  **/s/ Rebecca A. Solarz, Esquire**
                                                  Rebecca A. Solarz, Esquire
                                                  rsolarz@kmllawgroup.com
                                                  KML Law Group, P.C.
                                                  BNY Mellon Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA  19106
                                                  215-627-1322

October 20, 2017