# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
|    Michael Welz, : | Chapter 13 |
| : | Bankruptcy No.  17-10519 REF |
|                 Debtor(s) : | |

## **CERTIFICATION OF NO ANSWER**

AND NOW, this 23rd day of February 2018,  David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no answer was filed or served on him regarding the Notice of Motion, Response Deadline and Hearing Date with respect to the Debtor's Motion to Avoid Judgment Lien of Ford Motor Credit.

                                                    s/ David S. Gellert
                                                    David S. Gellert, Esquire
                                                    Attorney for Debtor
                                                    David S. Gellert, P.C.
                                                    1244 Hamilton Street, Suite 204
                                                    Allentown, PA 18102
                                                    610-776-7070    Fax: 610-776-7072