### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    Michael Welz, | : | Chapter 13 |
| | : | Bankruptcy No. 17-10519 REF |
|        Debtor | : | |

## **ORDER**

Upon the motion of Debtor to avoid an alleged judicial lien, Docket No. 31303-CV-0000017-2013 in the Court of Common Pleas of Lehigh County, Pennsylvania, of Ford Motor Credit in Debtor's exempt of real or personal property located at , 5966 Saratoga Lane, Coopersburg, Pennsylvania and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. §522(f)(1), and upon Debtor having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed.

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien of Ford Motor Credit whether inchoate or choate, in Debtor's real or personal property located at 5966 Saratoga Lane, Coopersburg, Pennsylvania is avoided to the extent it impairs Debtor's exemption.

IT IS FURTHER ORDERED, pursuant to §349(b)(1)(B), 11 U.S.C. §349(b)(1)(B), that dismissal of this case reinstates any lien voided under §522.

**Date: February 27, 2018**

BY THE COURT:

_____
Richard E. Fehling
United States Bankruptcy Judge