# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
    Michael Welz,                        :          Chapter 13
                                         :          Bky. No. 17-10519  REF
        Debtor(s)               :

### CERTIFICATION OF NO RESPONSE

AND NOW, this 15th day of August 2018, David S. Gellert, Esquire, attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the **Notice and Motion to Sell Real Estate Free and Clear of Liens** filed in the above matter.

                                              s/ David S. Gellert
                                              David S. Gellert, Esquire
                                              David S. Gellert, P.C.
                                              1244 Hamilton Street, Suite 204
                                              Allentown, PA 18102
                                              610-776-7070   Fax:  610-776-7072