UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          :
    Michael Welz,                          :        Chapter 13
                                           :        Bankruptcy No.   17-10519 REF
    Debtor                                 :

### ORDER TO SELL REAL ESTATE FREE AND CLEAR OF LIENS AND FOR DISTRIBUTION OF PROCEEDS

Upon consideration of the Debtor's Motion for Order to Sell Real Estate Free and Clear of Liens, it is hereby

**ORDERED** that the Debtor, Michael Welz, shall sell real estate located at 5966 Saratoga Lane, Coopersburg, Lehigh County, Pennsylvania to Robert J. Vollkommer for the sum of One Hundred Ninety Thousand ($190,000.00) Dollars; It is further

ORDERED that Chase Home Mortgage will be paid the sum of $167,400.93 at closing to release the property from its mortgage.  It is further

ORDERED that Danielle Wakely of Remax Real Estate shall be authorized to act as realtor for the Debtor and shall be permitted to retain as commission six percent (6%) of the gross selling price of the real estate.  It is further Ordered that all liens of any and every nature shal be paid in full at closing. It is further

ORDERED that at settlement after the payment of liens, realtor's commission, liens, real estate taxes, transfer tax, municipal claims, and customary and reasonable settlement costs, that the balance of the proceeds of sale shall, if any, shall be paid to the Debtor as his homestead exemption pursuant to 11 U.S.C. Section 522(d)(1) and pursuant to Debtor's Schedule C

exemption of his bankruptcy schedules. It is further

ORDERED that the Debtors shall provide the Chapter 13 Trustee with a copy of the HUD-1 settlement sheet within ten (10) days after settlement.

BY THE COURT:

**Date: August 16, 2018**

_____
B.J.