United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 17-10519-ref
Michael Welz                                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 1                  Date Rcvd: Aug 16, 2018
                              Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2018.
db             +Michael Welz,    5966 Saratoga Lane,    Coopersburg, PA 18036-8817
cr             +Liberty Village Condominium Association,    721 Dresher Road,    Suite 1000,
                 Horsham, PA 19044-2216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2018 02:15:28      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2018 at the address(es) listed below:
              DAVID S. GELLERT    on behalf of Debtor Michael  Welz dsgatn@rcn.com,   r46641@notify.bestcase.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              KEELY CARR BRADY    on behalf of Creditor    Liberty Village Condominium Association
               kbrady@bradycissnelaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                              :
    Michael Welz,              :        Chapter 13
                                    :        Bankruptcy No.   17-10519 REF
        Debtor           :

### ORDER TO SELL REAL ESTATE FREE AND CLEAR OF LIENS AND FOR DISTRIBUTION OF PROCEEDS

Upon consideration of the Debtor's Motion for Order to Sell Real Estate Free and Clear of Liens, it is hereby

**ORDERED** that the Debtor, Michael Welz, shall sell real estate located at 5966 Saratoga Lane, Coopersburg, Lehigh County, Pennsylvania to Robert J. Vollkommer for the sum of One Hundred Ninety Thousand ($190,000.00) Dollars; It is further

ORDERED that Chase Home Mortgage will be paid the sum of $167,400.93 at closing to release the property from its mortgage. It is further

ORDERED that Danielle Wakely of Remax Real Estate shall be authorized to act as realtor for the Debtor and shall be permitted to retain as commission six percent (6%) of the gross selling price of the real estate.  <u>It is further Ordered that all liens of any and every nature shal be paid in full at closing. It is further</u>

ORDERED that at settlement after the payment of liens, realtor's commission, liens, real estate taxes, transfer tax, municipal claims, and customary and reasonable settlement costs, that the balance of the proceeds of sale shall, if any, shall be paid to the Debtor as his homestead exemption pursuant to 11 U.S.C. Section 522(d)(1) and pursuant to Debtor's Schedule C

exemption of his bankruptcy schedules. It is further

ORDERED that the Debtors shall provide the Chapter 13 Trustee with a copy of the HUD-1 settlement sheet within ten (10) days after settlement.

BY THE COURT:

**Date: August 16, 2018**

_____
B.J.