UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :

MICHAEL WELZ
                                                : Bankruptcy No. 17-10519REF
       Debtor(s)                 : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DAVID S GELLERT, ESQ
1244 W HAMILTON STREET
STE 204
ALLENTOWN PA 18102-

MICHAEL WELZ
5966 SARATOGA LANE
COOPERSBURG,PA.18036

**Date: September 20, 2018**