United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-10519-ref
Michael Welz                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4       User: SaraR          Page 1 of 2              Date Rcvd: Sep 20, 2018
                           Form ID: pdf900      Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2018.
db          +Michael Welz,   5966 Saratoga Lane,   Coopersburg, PA 18036-8817
smg         +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg         +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg         +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr          +Liberty Village Condominium Association,   721 Dresher Road,   Suite 1000,
              Horsham, PA 19044-2216
13855931    +Chase Home Mortgage,   P.O. Box 78420,   Phoenix, AZ 85062-8420
14197989    +David S. Gellert, Esquire,   1244 Hamilton Street,   Suite 204,   Allentown, PA 18102-4699
14048989   ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
             (address filed with court: Ford Motor Credit,    P.O. Box 62180,   Colorado Springs, CO 80962)
13866989    +JP Morgan Chase Bank, Nat Assoc,   c/o Matteo S. Weiner, Esq.,   701 Market Street, Ste 5000,
              Philadelphia, PA 19106-1541
13950658    +JPMorgan Chase Bank, National Association,   Attn: Correspondence Mail,   Mail Code LA4-5555,
              700 Kansas Lane,   Monroe LA 71203-4774
13894864    +Liberty Village Condominium Association,   721 Dresher Road,   Horsham, PA 19044-2220
13855932    +Liberty Village Condominium Association,   c/o Brady & Cissne Law,   501 Bethlehem Pike,
              Erdenheim, PA 19038-8212
13855934   ++NISSAN MOTOR ACCEPTANCE CORPORATION,   LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
             (address filed with court: Nissan,   8900 Freeport Parkway,   P.O. Box 660366,
              Irving, TX 75063)
13855933    +Nissan Motor Acceptance Corp/NMAC,   8900 Freeport Parkway,   P.O. Box 660366,
              Dallas, TX 75266-0366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 21 2018 01:39:23
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 21 2018 01:39:36      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2018 01:45:30      Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13869003    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 21 2018 01:45:29
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
          DAVID S. GELLERT    on behalf of Debtor Michael  Welz dsgatn@rcn.com,  r46641@notify.bestcase.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          KEELY CARR BRADY    on behalf of Creditor    Liberty Village Condominium Association
           kbrady@bradycissnelaw.com

```
District/off: 0313-4          User: SaraR              Page 2 of 2                  Date Rcvd: Sep 20, 2018
                              Form ID: pdf900          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
         THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
         TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

MICHAEL WELZ
                                                    : Bankruptcy No. 17-10519REF
    Debtor(s)                                       : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DAVID S GELLERT, ESQ
1244 W HAMILTON STREET
STE 204
ALLENTOWN PA 18102-

MICHAEL WELZ
5966 SARATOGA LANE
COOPERSBURG,PA.18036

**Date: September 20, 2018**