# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
:
   Michael Welz,                 :       Chapter 13
:       Bankruptcy No. 17-10519 REF
       Debtor(s)      :

## CERTIFICATION OF NO OBJECTION

AND NOW, this 10th day of October, 2018, David S. Gellert, Esquire, attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice of Filing of Application for Approval of Compensation for Counsel for Debtor.

                                               s/ David S. Gellert
                                               David S. Gellert, Esquire
                                               David S. Gellert, P.C.
                                               1244 Hamilton Street, Suite 204
                                               Allentown, PA 18102
                                               610-776-7070  Fax:  610-776-7072