United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-10519-ref
Michael Welz                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 1              Date Rcvd: Oct 12, 2018
                              Form ID: pdf900          Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2018.
db          +Michael Welz,    5966 Saratoga Lane,   Coopersburg, PA 18036-8817
cr          +Liberty Village Condominium Association,   721 Dresher Road,   Suite 1000,
              Horsham, PA 19044-2216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2018 02:53:06      Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                      TOTAL: 1


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2018 at the address(es) listed below:
          DAVID S. GELLERT    on behalf of Debtor Michael  Welz dsgatn@rcn.com,  r46641@notify.bestcase.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          KEELY CARR BRADY    on behalf of Creditor    Liberty Village Condominium Association
           kbrady@bradycissnelaw.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                      TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | **:** | |
| **Michael Welz,** | **:** | **Chapter 13** |
| | **:** | **Bankruptcy No.  17-10519 REF** |
| | **:** | |
| **Debtor(s)** | **:** | |

## ORDER APPROVING COMPENSATION

Upon consideration of the Application for Compensation and Reimbursement of

Expenses filed by David S. Gellert, Esquire, of David S. Gellert, P.C., counsel for Debtor, it is

hereby

ORDERED that David S. Gellert, P.C., counsel for Debtor, receive compensation in the

amount of $5,075.00 and reimbursement of expenses in the amount of $536.08, for total

compensation and expenses in the amount of $5,611.08; $2,310.00 of which has been paid.

BY THE COURT:

**Date: October 12, 2018**

_____

B.J.